**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

UNITED STATES,

    Plaintiff,

v.                                         Case No. 98-10217

EDWIN J. CRAFT,

    Defendant.
                                       /

**ORDER DENYING DEFENDANT'S REQUEST FOR RELIEF**

On May 10, 2013, a writ of garnishment issued against Defendant, Edwin Craft. Craft submits a single-page paper in which he requests a hearing and a transfer of the action. A party requesting relief must submit an analytical brief and legal authority supporting his position. *See* E.D. Mich. LR 7.1(d); *see also* 28 U.S.C. § 3205(c)(5) (requiring a garnishee requesting a hearing to "state the grounds for [his] objection"); *In re Apple, Inc.*, 602 F.3d 909, 913 (8th Cir. 2010) ("The party seeking a transfer . . . typically bears the burden of proving that a transfer is warranted."). Because Craft provides no support for his request,

IT IS ORDERED that the request for relief [Dkt. # 23] is DENIED.

                                                  s/Robert H. Cleland
                                                  ROBERT H. CLELAND
                                                  UNITED STATES DISTRICT JUDGE

Dated: July 17, 2013

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, July 17, 2013, by electronic and/or ordinary mail.

                                                 s/Richard Loury for Lisa Wagner
                                                Case Manager and Deputy Clerk
                                                (313) 234-5522